UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MJ ACTION NO. 2:22-MJ-00648-001 |
| | § | |
| PABLO RODRIGUEZ, JR. | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The defendant was on probation at the time of the instant offense. The most basic condition of any court ordered supervision is that the person should not commit new law violations. Because the evidence in the instant case meets the probable cause standard, the defendant has shown he is either unable or unwilling to comply with court ordered supervision. Additionally, the defendant's personal information has not been verified. The defendant is ORDERED detained pending trial. The findings and conclusions contained in the Pretrial Services Report are adopted. The defendant may move to re-open the detention hearing if the state revocation warrants are resolved.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED on June 3, 2022.

                                                  Jason B. Libby
                                     United States Magistrate Judge